# EXHIBIT 6



DocketNavigator Plus

© 2019 Hopkins Bruce Publishers, Corp.

# California Northern District

## Time to Milestones

VIEW IN BROWSER

U.S. District Courts (2557 cases)



|  | Occurences | Minimum | 2nd Percentile | First Quartile | Median | Third Quartile | 98th Percentile | Maximum | Average |
|---|---|---|---|---|---|---|---|---|---|
| Claim Construction | 418 | -3.4 | 7.0 | 13.0 | 16.6 | 23.6 | 53.8 | 78.4 | 19.7 |
| Patentee MSJ | 116 | 2.4 | 7.9 | 19.5 | 24.0 | 29.7 | 62.2 | 97.7 | 26.1 |
| Infringement | 298 | 3.1 | 3.3 | 11.0 | 17.6 | 29.5 | 62.9 | 88.0 | 21.4 |
| Patent not invalid | 387 | 2.2 | 3.9 | 12.8 | 21.5 | 30.2 | 72.3 | 98.6 | 23.3 |
| Patent enforceable | 99 | 2.2 | 3.3 | 5.9 | 11.0 | 24.0 | 48.1 | 88.0 | 16.8 |
| Patent Challenger MSJ | 393 | 0.4 | 5.3 | 16.1 | 22.4 | 29.9 | 60.3 | 88.1 | 24.0 |
| Noninfringement | 434 | 1.1 | 8.7 | 18.6 | 24.6 | 33.1 | 72.3 | 98.6 | 27.6 |
| Patent invalid | 383 | 2.4 | 3.4 | 7.3 | 17.9 | 25.2 | 53.0 | 72.3 | 19.3 |
| Patent unenforceable | 7 | 16.3 |  |  | 31.5 |  |  | 42.1 | 29.1 |
| Damages | 104 | 8.8 | 11.8 | 21.1 | 28.7 | 36.0 | 85.1 | 88.0 | 32.2 |
| TRO/Prelim Injct | 95 | 0.7 | 0.7 | 1.1 | 3.1 | 3.5 | 18.3 | 18.3 | 4.1 |
| Injct/Ongoing Royalty | 176 | 1.0 | 2.2 | 8.2 | 13.9 | 28.4 | 77.6 | 80.4 | 20.1 |
| Enhncd Dam/Atty Fees | 52 | 4.9 | 8.6 | 11.0 | 18.3 | 46.4 | 74.2 | 74.2 | 29.0 |
| Sanctions | 26 | 9.0 | 9.8 | 13.5 | 22.8 | 41.8 | 65.5 | 65.5 | 28.7 |
| Jury Trial | 309 | 12.2 | 13.0 | 22.5 | 28.3 | 38.4 | 84.7 | 85.1 | 34.4 |
| Bench Trial | 12 | 13.6 | 15.0 | 18.9 | 26.6 | 35.3 | 73.4 | 73.4 | 29.5 |
| Transfer | 92 | -0.0 |  | 2.8 | 4.2 | 7.4 | 37.5 | 37.5 | 6.5 |
| Stay | 763 |  | 1.1 | 4.1 | 8.4 | 16.0 | 56.9 | 118.0 | 13.2 |
| Likely Settlement | 1321 | 0.0 | 0.5 | 3.0 | 5.3 | 8.8 | 30.1 | 55.5 | 7.1 |
| Mature Termination | 864 | 0.1 | 2.4 | 8.4 | 17.9 | 29.3 | 70.5 | 119.9 | 21.4 |
| Appeal | 427 | 1.5 | 3.7 | 10.4 | 22.7 | 36.0 | 83.3 | 112.7 | 27.3 |



DocketNavigator Plus

© 2019 Hopkins Bruce Publishers, Corp.

# Texas Eastern District

## Time to Milestones

VIEW IN BROWSER

U.S. District Courts (11207 cases)



U.S. District Courts

| | Occurences | Minimum | 2nd Percentile | First Quartile | Median | Third Quartile | 98th Percentile | Maximum | Average |
|---|---|---|---|---|---|---|---|---|---|
| Claim Construction | 789 | | 7.5 | 13.7 | 17.8 | 22.8 | 44.4 | 74.0 | 19.5 |
| Patentee MSJ | 153 | 1.2 | 3.7 | 18.4 | 23.2 | 33.2 | 77.6 | 80.8 | 27.3 |
| Infringement | 462 | 0.7 | 2.8 | 18.0 | 24.1 | 32.9 | 67.7 | 112.6 | 26.4 |
| Patent not invalid | 1057 | | 3.5 | 13.3 | 19.2 | 25.7 | 52.2 | 112.6 | 21.1 |
| Patent enforceable | 213 | 0.7 | 1.4 | 6.4 | 19.6 | 29.8 | 49.9 | 90.3 | 21.0 |
| Patent Challenger MSJ | 671 | 1.2 | 7.1 | 18.6 | 21.8 | 28.9 | 61.5 | 106.5 | 24.9 |
| Noninfringement | 463 | 0.1 | 5.0 | 20.3 | 23.4 | 32.7 | 58.8 | 111.5 | 26.9 |
| Patent invalid | 419 | 4.6 | 5.5 | 13.3 | 19.0 | 28.4 | 69.0 | 106.3 | 23.0 |
| Damages | 237 | 0.2 | 6.6 | 21.8 | 30.4 | 38.8 | 81.2 | 112.6 | 31.9 |
| TRO/Prelim Injct | 73 | 1.0 | 1.0 | 6.4 | 9.5 | 11.2 | 75.0 | 75.0 | 10.8 |
| Injct/Ongoing Royalty | 218 | 0.7 | 1.4 | 7.1 | 25.9 | 34.6 | 54.7 | 69.6 | 22.4 |
| Enhncd Dam/Atty Fees | 76 | 6.6 | 8.7 | 8.7 | 25.1 | 38.0 | 85.4 | 92.2 | 27.5 |
| Sanctions | 21 | 2.2 | 3.9 | 11.0 | 13.8 | 24.8 | 68.6 | 68.6 | 22.4 |
| Jury Trial | 204 | 3.2 | 3.9 | 20.5 | 24.6 | 32.9 | 73.5 | 75.1 | 28.0 |
| Bench Trial | 36 | 5.0 | 7.1 | 26.2 | 30.0 | 36.3 | 81.0 | 81.0 | 33.0 |
| Transfer | 895 | | 2.3 | 8.0 | 11.1 | 14.0 | 28.8 | 44.2 | 11.7 |
| Stay | 1643 | | 1.3 | 5.4 | 11.2 | 18.4 | 44.4 | 105.4 | 14.1 |
| Likely Settlement | 8704 | | 0.5 | 3.2 | 5.4 | 9.5 | 31.1 | 81.8 | 7.6 |
| Mature Termination | 2036 | | 2.9 | 9.4 | 15.1 | 23.8 | 62.1 | 116.9 | 18.8 |
| Appeal | 346 | 0.8 | 5.7 | 18.3 | 30.8 | 41.3 | 108.4 | 114.1 | 33.9 |